# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN MERCK,** | : | 3:12cv1843 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 13th day of December 2013, it is hereby **ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of the Commissioner of Social Security and against Plaintiff Martin Merck, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying plaintiff's disability insurance and supplemental security income benefits is **AFFIRMED** and the plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to close this case.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**